Order reversed, with twenty dollars costs and disbursements, and motion granted upon condition that the party sought to be vouched in answer, within five days from date of entry of order, waive notice of trial and consent to a trial of the action not later than January 3, 1933. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

EUGENE KRAUSMAN v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for further relief denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM K. UHE, Respondent, v. JAMES A. STILLMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley. JJ.

In the Matter of Proving the Last Will and Testament of LOUIS C. DE COPPET, Deceased.— Supplemental decree affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [142 Misc. 816.]

CARLO SANTINI, as Administrator, etc., of LOUIS SANTINI, Deceased, Respondent, v. SUN PRINTING AND PUBLISHING ASSOCIATION, INC., Appellant, Impleaded with Another.* — Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $16,044.24; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF AMERICA NATIONAL ASSOCIATION, Respondent, v. J. B. MALATESTA, INC., and J. B. MALATESTA, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Merrell, Sherman and Townley, JJ.

JOSEPH WEINTRAUB, Respondent, v. JULIUS TOMPKINS and EDWARD LEVITT, Appellants, Impleaded with Others. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOSEPH WEINTRAUB, Respondent, v. JULIUS TOMPKINS and EDWARD LEVITT, Appellants, Impleaded with Others. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SOLOMON GUTMAN, Respondent, v. MILTON M. ROZSA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

TREIVALE PIERCE, Respondent, v. ANNIE BRADSPIS, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

ELLA MATHEWS, Appellant, v. NILS ANDERSON, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

JAMES R. MATHEWS, Appellant, v. NILS ANDERSON, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

---

* Revd., 261 N. Y. 689.